No. 80–5985. DeLoach, aka Zockman v. United States. C. A. D. C. Cir. Certiorari denied.

No. 80–5987. Timmons v. Franzen et al. Sup. Ct. Ill. Certiorari denied.

No. 80–5988. Boag v. Arizona. Ct. App. Ariz. Certiorari denied.

No. 80–5989. Coney v. Louisiana. Sup. Ct. La. Certiorari denied.

No. 80–5990. Hockenbury v. Sowders, Penitentiary Superintendent. C. A. 6th Cir. Certiorari denied.

No. 80–5991. McDonald v. Metropolitan Government of Nashville and Davidson County. Sup. Ct. Tenn. Certiorari denied.

No. 80–5992. Hughes v. Hopper et al. C. A. 5th Cir. Certiorari denied.

No. 80–5993. Avery v. United States. C. A. 5th Cir. Certiorari denied.

No. 80–5995. Young, aka Cloudy v. Rustamier. C. A. 7th Cir. Certiorari denied.

No. 80–5997. Witherspoon v. United States. C. A. 6th Cir. Certiorari denied.

No. 80–6001. Yin-Ho Wong v. Carlson et al. C. A. 4th Cir. Certiorari denied.

No. 80–6004. Regan v. United States. C. A. 4th Cir. Certiorari denied.

No. 80–6010. George v. United States. C. A. 9th Cir. Certiorari denied.